UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| IN RE: | CASE NO: 22-12867 |
|---|---|
| KELLY J GILLIAM | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |
| | ECF Docket Reference No. 2 |

On 10/17/2022, I did cause a copy of the following documents, described below,

ruth@danecki.com ECF Docket Reference No. 2

ruth@danecki.com

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/17/2022

/s/ Robert R. Danecki
Robert R. Danecki  92105

Danecki Law Firm, P.L.C.
P.O. Box 1938
Little Rock, AR  72203
501 371 0002
robert@danecki.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| IN RE:<br><br>KELLY J GILLIAM | CASE NO: 22-12867<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. 2 |

On 10/17/2022, a copy of the following documents, described below,

ruth@danecki.com ECF Docket Reference No. 2

ruth@danecki.com

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/17/2022

_/s/ Jay S. Jump_
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Robert R. Danecki
Danecki Law Firm, P.L.C.
P.O. Box 1938
Little Rock, AR  72203

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (OR DUPLICATE ADDRESS)
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO                              EXCLUDE
  LABEL MATRIX FOR LOCAL NOTICING      CENTRAL DIVISION                       ARKANSAS DEPARTMENT OF WORKFORCE
NCRS ADDRESS DOWNLOAD                  US BANKRUPTCY COURT                    SERVICE
CASE 22-12867                          300 W 2ND STREET                       LEGAL DIVISION
EASTERN DISTRICT OF ARKANSAS           LITTLE ROCK  AR 72201-2400             PO BOX 2981
MON OCT 17 11-25-50 PST 2022                                                  LITTLE ROCK  AR 72203-2981




ASPIRE CREDIT CARD                     CREDIT ACCEPTANCE                      DEPARTMENT OF FINANCE AND
ATTN BANKRUPTCY                        ATTN BANKRUPTCY                        ADMINISTRATION
PO BOX 105555                          25505 WEST 12 MILE ROAD STE 3000       LEGAL DIVISION
ATLANTA  GA 30348-5555                 SOUTHFIELD  MI 48034-8331              PO BOX 1272
                                                                              LITTLE ROCK  AR 72203-1272




FIRST PREMIER BANK                     INTERNAL REVENUE SERVICE               JOHN GIBSON AUTO SALES
ATTN BANKRUPTCY                        CENTRALIZED INSOLVENCY OPERATIONS      ATTN BANKRUPTCY
PO BOX 5524                            PO BOX 7346                            1425 AIRPORT RD
SIOUX FALLS  SD 57117-5524             PHILADELPHIA  PA 19101-7346            HOT SPRINGS  AR 71913-7955




KIMBERLY GILLIAM                       MIDNIGHT VELVET                        RESURGENT CAPITAL SERVICES
241 BLUEBIRD LANE                      ATTN BANKRUPTCY                        ATTN BANKRUPTCY
CABOT  AR 72023-8884                   1112 7TH AVENUE                        PO BOX 10497
                                       MONROE  WI 53566-1364                  GREENVILLE  SC 29603-0497




SANTANDER CONSUMER USA                 SEVENTH AVENUE                         (P)SPRING OAKS CAPITAL  LLC
ATTN BANKRUPTCY                        1112 7TH AVE                           1400 CROSSWAYS BLVD STE 100B
PO BOX 961245                          MONROE  WI 53566-1364                  CHESAPEAKE VA 23320-0207
FORT WORTH  TX 76161-0244




US ATTORNEY  EASTERN DISTRICT          US TRUSTEE (UST)                       UPLIFT  INC
PO BOX 1229                            OFFICE OF U S TRUSTEE                  ATTN BANKRUPTCY
LITTLE ROCK  AR 72203-1229             200 W CAPITOL  STE 1200                440 N WOLFE RD
                                       LITTLE ROCK  AR 72201-3618             SUNNYVALE  CA 94085-3869




DEBTOR                                 EXCLUDE

KELLY J GILLIAM                        ROBERT R DANECKI
241 BLUEBIRD LANE                      ATTORNEY AT LAW
CABOT  AR 72023-8884                   PO BOX 1938
                                       LITTLE ROCK  AR 72203-1938
```

ADDRESSES WHERE 24 HOUR COPIES OF PRESENTMENT WERE SERVED VIA ECF BY SERVICE THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

(U.S. Trustee)
U.S. Trustee (ust)
Office Of U. S. Trustee
200 W Capitol, Ste. 1200
Little Rock, AR 72201

USTPRegion13.LR.ECF@usdoj.gov

(Trustee)
Mark T. McCarty
Chapter 13 Standing Trustee
Line 1: 877-951-7471 code4545532
Line 2: 877-692-1036 code7210329
P.O. Box 5006
N. Little Rock, AR 72119-5006

ecfmail@ch13ark.com

(Debtor)
William Rollin French
1519 Glenda Drive
Little Rock, AR 72205
represented by:
Joel G. Hargis
Caddell Reynolds
PO Box 184
Fort Smith, AR 72902

jhargis@caddellreynolds.com

(Joint Debtor)
Jessica Dawn French
1519 Glenda Drive
Little Rock, AR 72205
represented by:
Joel G. Hargis
Caddell Reynolds
PO Box 184
Fort Smith, AR 72902

jhargis@caddellreynolds.com